71 A.3d 250

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David C. MENDEZ, Petitioner.**

Supreme Court of Pennsylvania.

July 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of July, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

In upholding a sentence that exceeds the statutory maximum explicitly set out in 75 Pa.C.S. § 3803, did not the majority violate the rules of statutory construction in order to avoid what it saw as "problematic consequences" resulting from a straightforward application of the statute?